UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 27, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ASHLEY CHACON,

    Defendant.

Case No. 2:23-mj-00073-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  ASHLEY CHACON ,

Case No. 2:23-mj-00073-AC , Charge 21 USC § 846 and 841(b)(1)(A) , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  20,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 27, 2023, at 2:25 PM.

By:  *Allison Claire*
Magistrate Judge Allison Claire